**Order entered April 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01521-CR
No. 05-15-01522-CR
No. 05-15-01523-CR

## EX PARTE ANDREW PETE

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-33559-V, F12-33560-V, F12-33561-V**

## ORDER

The Court **GRANTS** the State's second motion for extension of time to file the State's

brief.

We **DIRECT** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/     MOLLY FRANCIS
          JUSTICE